IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:10CV70-RLV-DSC

| | |
|---|---|
| MARGARET MARTINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAXIMUS, INC., )<br>)<br>Defendant. )<br>_____) | ORDER |

**THIS MATTER** is before the Court on the "Motion for Pro Hac Vice Admission" (document #4) filed June 16, 2010 requesting admission of Robyn W. Farmer to represent Defendant. For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: June 16, 2010

David S. Cayer
United States Magistrate Judge