# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:10CV70-RLV-DSC

| | |
|---|---|
| MARGARET MARTINS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MAXIMUS, INC., )<br>)<br>Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the "Motion for Pro Hac Vice Admission [for Christopher P. Galanek]" (document #8) filed July 23, 2010. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: July 23, 2010

_David S. Cayer_
David S. Cayer
United States Magistrate Judge