IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:10-CV-00070-RLV-DSC

| | |
|---|---|
| MARGARET MARTINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| MAXIMUS, INC., | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Plaintiff Martins' Notice of Voluntary Dismissal, filed February 15, 2012. (Doc. 23.)

Construing this Notice as a motion pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court considers Plaintiff's request to terminate this action with prejudice to be proper.

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion to dismiss with prejudice be **GRANTED**. This action is hereby **DISMISSED** in its entirety.

Signed: February 16, 2012

Richard L. Voorhees
United States District Judge

1